FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JESUS ELEAZAR BIRRUETA MENDOZA,<br><br>　　　　　　　Defendant. | No. 1:24-CR-02007-SAB-1<br><br>**ORDER STRIKING TRIAL; SETTING STATUS CONFERENCE HEARING** |

　　　On December 3, 2024, the Court held a pretrial conference in this matter in Yakima, Washington. Defendant was present, in custody, and represented by Gregory Scott. The United States was represented by Michael Murphy.

　　　At the hearing, Defendant requested a continuance on the case to consider strategy and potential plea options. The United States did not object.

　　　The Court finds the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial and additional time is necessary, taking into account the exercise of due diligence. As such, the Court grants the motion to continue.

　　　This Order memorializes the Court's oral rulings.

//

//

**ORDER STRIKING TRIAL; SETTING STATUS CONFERENCE HEARING ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's oral motion to continue is **GRANTED**.

2. The jury trial set for December 16, 2024, is **STRICKEN**. The Court will reset at a later date.

3. A status conference hearing is **SET** for **December 17, 2024, at 8:30 a.m.** in **Yakima**, Washington. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least five (5) days prior to the status conference hearing**.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between December 16, 2024, the current trial date, until December 17, 2024, the status conference hearing, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendants' interest in a speedy trial.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 4th day of December 2024.



Stanley A. Bastian
Chief United States District Judge