# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>-vs-<br>JESUS ELEAZAR BIRRUETA MENDOZA,<br><br>Defendant. | Case No.    1:24-CR-2007-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:    DECEMBER 17, 2024<br><br>LOCATION:    YAKIMA, WA<br><br>STATUS CONFERENCE HEARING |

**CHIEF JUDGE STANLEY A. BASTIAN**

| Michelle Fox | 03 | Natalia Rivera | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Michael Murphy | | Gregory Scott | |
| **Government Counsel** | | **Defense Counsel** | |

**United States Probation Officer:**

[ X ]  Open Court          [  ]  Chambers          [ ]  Telecon/Video

Defendant present and in custody of the U.S. Marshal.

Court confirms that defendant can understand and hear the proceedings with the assistance of the Court interpreter.
    Defendant states yes.

Court understands counsel will be requesting a trail date on February 24, 2025.

G. Scott indicates that is correct, this matter is ready to set for trial.

Court asks if client is willing to waive speedy trial. Court can exclude after speaking to defendant.

M. Murphy requests a waiver. M. Murphy does not oppose a continuance. Trial will be 2 days.

Court will continue trial to February 24, 2025 and pretrial conference on February 4, 2025 at 2:00 pm.

Defendant signs the Waiver of Speedy Trial. Court reviews Waiver. Court will file Waiver.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 8:35 A.M. | ADJOURNED: 8:50 A.M. | TIME: 15 MIN. | CALENDARED    [ X ] |
|---|---|---|---|