# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>-vs-<br><br>JESUS ELEAZAR BIRRUETA MENDOZA,<br><br>Defendant. | Case No.  1:24-CR-2007-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:  JULY 29, 2025<br><br>LOCATION:  YAKIMA, WA<br><br>SENTENCING HEARING |

**CHIEF JUDGE STANLEY A. BASTIAN**

| Michelle Fox | 03 | Natalia Rivera | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Michael Murphy | | Gregory Scott | |
| **Government Counsel** | | **Defense Counsel** | |

**United States Probation Officer:**  Carrie Valencia

[ X ]  Open Court        [  ]  Chambers        [ ]  Telecon/Video

Defendant present and in custody of the U.S. Marshal.

Court confirms that defendant can understand and hear the proceedings with the assistance of the Court interpreter.
    Defendant states yes.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. Mandatory minimum 10 years. No plea agreement. 33, I, 135-168 months.

No objections to the presentence report.

M. Murphy presents argument and outlines recommendations. Recommending the mandatory minimum sentence of 120 months. 5 years SR.

G. Scott presents argument and outlines recommendations. No conditions to be imposed.
    Court questions counsel.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 4:00 P.M. | ADJOURNED: 4:32 P.M. | TIME: 32 MIN. | CALENDARED    [ X ] |
|---|---|---|---|

USA  -vs-  J. Mendoza  
1:24-CR-2007-SAB-1  
Sentencing Hearing

July 29, 2025  
Page 2

      G. Scott responds.  
      M. Murphy responds.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.  Court outlines the 3553 factors.  Court sentences defendant to mandatory minimum.

Imprisonment:  120 months.  Credit for time served.

Supervised Release:   5 years.   With all the standard conditions and the following special conditions:

1. You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

SPA:  $100.00.

Fine:  Waived.

Right to appeal administered.

Court will recommend Sheridan.